THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Bruce Zeigler,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2005-UP-179
Submitted March 1, 2005  Filed March 10, 2005

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, of Columbia, for Appellant.
Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, and Deputy Director for Legal Services Teresa A. Knox, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Bruce Zeigler appeals the revocation of his parole, arguing the trial court erred in the revocation because the violations were beyond his control.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Zeiglers appeal under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved.[1] 
 APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.